IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**ASKARI DANSA M.S. LUMUMBA, et al,**
    **Plaintiff,**                                           Civil Action No. 7:22 -cv-00080

**v.**                                                              **O R D E R**

**HAROLD CLARKE, et al,**                        **By:**    **Joel C. Hoppe**
    **Defendant(s).**                                           **United States Magistrate Judge**

      This matter is before the court upon plaintiff's motion for appointment of counsel in this civil rights action, pursuant to 42 U.S.C. § 1983. The court cannot require an attorney to represent an indigent civil plaintiff. See <u>Mallard v. United States D. Ct. for S.D. of Iowa</u>, 490 U.S. 296, 309 (1989). However, the court may <u>request</u> that an attorney represent an indigent plaintiff when "exceptional circumstances" exist. <u>Cook v. Bounds</u>, 518 F.2d 779, 780 (4th Cir. 1975). Exceptional circumstances depend on the type and complexity of the case and the ability of the plaintiff to present it. See <u>Whisenant v. Yuam</u>, 739 F.2d 160, 163 (4th Cir. 1984), <u>abrogated on other grounds by</u> <u>Mallard</u>, 490 U.S. at 309. The court finds that plaintiff's circumstances are not sufficiently exceptional to justify appointment of counsel at this time, and it is hereby **ORDERED** that plaintiff's motion for appointment of counsel is **DENIED without prejudice.**

      The Clerk shall send a certified copy of this Order to the parties.

      **ENTER**: This 10th day of February, 2022.

                                                                       <u>s/ Joel C. Hoppe</u>
                                                                       United States Magistrate Judge