IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ASKARI DANSA LUMUMBA, et al.,**  )<br>     Plaintiffs,                                 )<br>                                                       )<br>**v.**                                                 )<br>                                                       )<br>**HAROLD CLARKE, et al.,**           )<br>     Defendants.                              ) | Civil Action No. 7:22-cv-00080<br><br>By: Michael F. Urbanski<br>Chief United States District Judge |

## ORDER

Askari Dansa Lumumba, a Virginia inmate proceeding pro se, filed this civil action under 42 U.S.C. § 1983 on behalf of himself and four other inmates at River North Correctional Center, including Thomas Rose. The case is presently before the court on Lumumba's motion for class certification, ECF No. 5, and Rose's motion to be removed from the case, ECF No. 8.

As an initial matter, the court notes that the complaint is only signed by Lumumba. See ECF No. 1. There is no indication that any of the other named plaintiffs authorized Lumumba to include them in the case. To the contrary, Rose's motion indicates that he "was not made aware that [he] was a party." ECF No. 8. Consequently, the court will grant Rose's motion to be removed from the case and direct the Clerk to update the docket to reflect that Lumumba is the only plaintiff.

With respect to the motion for class certification, a pro se plaintiff may not represent other plaintiffs, and pro se class actions are not permissible. See Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975) ("[I]it is plain error to permit this imprisoned litigant who is

unassisted by counsel to represent his fellow inmates in a class action."). Thus, the motion for class certification must be denied.

For these reasons, it is hereby **ORDERED** as follows:

1. Lumumba's motion for class certification, ECF No. 5, is **DENIED**;

2. Rose's motion to be removed from the case, ECF No. 8, is **GRANTED**;

3. The Clerk is **DIRECTED** to update the docket to reflect that Lumumba is the only plaintiff in this case; and

4. The Clerk shall send a copy of this order to Lumumba and the other four inmates.

It is so **ORDERED**.

Entered: April 22, 2022

Michael F. Urbanski
Chief U.S. District Judge
2022.04.22 16:26:58
-04'00'

Michael F. Urbanski
Chief United States District Judge